# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EAST STROUDSBURG AREA SCHOOL DISTRICT,

                Respondent

        v.

MEADOW LAKE PLAZA, LLC, MEADOW LAKE PLAZA, LLC, PIMS PROPERTIES, L.P., EMILY E. AHNERT, ET. AL., MOTEL PINES, INC., MIGGY'S CORP. SIX, ROBAB ESTATES, LLC, SALEME INVESTMENT COMPANY, TAYDAN COMPANY, LLC, MNA STROUD REALTY, LLC, NOVESCOR, LLC, M&M VENTURES, LLC, BRAESIDE APARTMENTS, LLC, AND POCONO MEDICAL CENTER, MONROE COUNTY BOARD OF ASSESSMENT REVISION, MONROE COUNTY, EAST STROUDSBURG BOROUGH, MIDDLE SMITHFIELD TOWNSHIP, SMITHFIELD TOWNSHIP, PETITONERS

:  No. 723 MAL 2019
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.